# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re: DANIEL G.L SOLORIO            Case No.: 11-91238
       GLORIA A SOLORIO
           Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

RUSSELL D. GREER, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/08/2011.
2) The plan was confirmed on 12/13/2011.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 04/29/2016.
6) Number of months from filing or conversion to last payment: 60.
7) Number of months case was pending: 64.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 77,430.18.
10) Amount of unsecured claims discharged without full payment: 145,109.12.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $240,879.00 | |
| Less amount refunded to debtor: | $573.79 | |
| **NET RECEIPTS:** | | $240,305.21 |

**Expenses of Administration:**
| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,500.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $9,771.05 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $12,271.05 |

Attorney fees paid and disclosed by debtor:     $2,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BAC HOME LOANS SERVICING LP | Secured | 45.22 | 45.22 | 45.22 | 45.22 | .00 |
| BAC HOME LOANS SERVICING LP | Unsecured | NA | NA | NA | .00 | .00 |
| BACK BOWL I LLC SERIES B | Unsecured | 2,064.99 | 2,064.99 | 2,064.99 | 247.11 | .00 |
| BACK BOWL I, LLC | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | Secured | NA | 69,153.84 | 69,153.84 | 69,153.84 | .00 |
| BANK OF AMERICA RETAIL PAYMENT SE | Secured | 6,539.06 | 6,539.06 | 6,539.06 | 6,539.06 | .00 |
| BANK OF STOCKTON | Secured | 8,918.17 | 8,918.17 | 8,918.17 | 8,918.17 | 772.37 |
| BANK OF STOCKTON | Unsecured | 9,158.00 | NA | NA | .00 | .00 |
| BECKET AND LEE LLP | Unsecured | 974.93 | 1,120.62 | 1,120.62 | 134.10 | .00 |
| CALIFORNIA STATE BOARD OF EQUALI | Secured | 3,900.70 | NA | NA | .00 | .00 |
| CANDICA LLC | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re: DANIEL G.L SOLORIO  
      GLORIA A SOLORIO  
      Debtor(s)

Case No.: 11-91238

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA NA | Unsecured | 20,931.00 | 5,638.70 | 5,638.70 | 674.76 | .00 |
| CBE GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| CBE GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE CARD SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| CHEVRON | Unsecured | 2,894.98 | NA | NA | .00 | .00 |
| CITICARDS PRIVATE LABEL | Unsecured | 6,246.29 | NA | NA | .00 | .00 |
| CLIENT SERVICES INC | Unsecured | NA | NA | NA | .00 | .00 |
| CREDITORS INTERCHANGE | Unsecured | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 15,500.00 | 15,781.60 | 15,781.60 | 1,888.51 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 19,666.04 | 4,270.86 | 4,270.86 | 511.07 | .00 |
| EMPLOYMENT DEVELOPMENT DEPT | Priority | NA | .00 | .00 | .00 | .00 |
| ENHANCED RECOVERY SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| EQUABLE ASCENT FINANCIAL LLC | Unsecured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Priority | 2,070.39 | 2,070.39 | 2,070.39 | 2,070.39 | .00 |
| FRANCHISE TAX BOARD | Unsecured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 591.44 | 591.44 | 70.77 | .00 |
| GE MONEY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| GE MONEY BANK % RECOVERY MGMT | Unsecured | NA | NA | NA | .00 | .00 |
| GGD OAKDALE LLC | Unsecured | 1,310.00 | NA | NA | .00 | .00 |
| GLOBAL CREDIT AND COLLECTION COI | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 12,735.73 | 13,939.52 | 13,939.52 | 13,939.52 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,149.21 | 1,149.21 | 137.52 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| LAW OFFICE OF PATENAUDE & FELIX A | Unsecured | NA | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC | Unsecured | 11,371.54 | 11,371.54 | 11,371.54 | 1,360.78 | .00 |
| NORTHSTAR LOCATION SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| OFFICE OF THE US TRUSTEE | Unsecured | NA | NA | NA | .00 | .00 |
| PINNACLE FINANCIAL GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT AS A | Unsecured | NA | 23,773.21 | 23,773.21 | 2,844.82 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MGMT AS AGENT OI | Unsecured | 34,640.72 | 10,842.41 | 10,842.41 | 1,297.46 | .00 |
| RAFFI KHATCHADOURIAN ESQ | Unsecured | NA | NA | NA | .00 | .00 |
| REDLINE RECOVERY SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| SICILY PIZZA INC | Unsecured | 2,585.00 | NA | NA | .00 | .00 |
| STATE BOARD OF EQUALIZATION | Priority | 1,990.00 | 6,001.02 | 6,001.02 | 6,001.02 | .00 |
| STATE BOARD OF EQUALIZATION | Unsecured | NA | NA | NA | .00 | .00 |
| STATE OF CALIFORNIA | Unsecured | NA | NA | NA | .00 | .00 |
| THE HOME DEPOT/CBSD | Unsecured | NA | NA | NA | .00 | .00 |
| THOMAS & SONS, LLC | Unsecured | NA | NA | NA | .00 | .00 |


# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re: DANIEL G.L SOLORIO  
        GLORIA A SOLORIO  
        Debtor(s)

Case No.: 11-91238

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TIFFANY & BOSCO P A | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED STATES ATTORNEY | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED STATES ATTORNEY | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED STATES DEPT OF JUSTICE | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED STATES DEPT OF JUSTICE | Unsecured | NA | NA | NA | .00 | .00 |
| VANDA LLC | Unsecured | NA | 16,226.43 | 16,226.43 | 1,941.74 | .00 |
| WELLS FARGO BANK N A | Unsecured | NA | NA | NA | .00 | .00 |
| WELLS FARGO HOME MORTGAGE | Secured | 95,000.00 | 95,000.00 | 95,000.00 | 95,000.00 | 8,886.59 |
| WELLS FARGO HOME MORTGAGE | Unsecured | 39,083.37 | 46,791.82 | 46,791.82 | 5,599.34 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 69,153.84 | 69,153.84 | .00 |
| Mortgage Arrearage: | 6,539.06 | 6,539.06 | .00 |
| Debt Secured by Vehicle: | 8,918.17 | 8,918.17 | 772.37 |
| All Other Secured: | 95,045.22 | 95,045.22 | 8,886.59 |
| **TOTAL SECURED:** | 179,656.29 | 179,656.29 | 9,658.96 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 22,010.93 | 22,010.93 | .00 |
| **TOTAL PRIORITY:** | 22,010.93 | 22,010.93 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 139,622.83 | 16,707.98 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $12,271.05 |
| Disbursements to Creditors: | $228,034.16 |
| **TOTAL DISBURSEMENTS:** | $240,305.21 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/23/2016      By: /s/RUSSELL D. GREER  
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.